IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Reginald Phillips,                          :
                                            :
        Plaintiff(s),                       :
                                            :
                                            :    Case Number: 1:16cv1034
    vs.                                     :
                                            :    Judge Susan J. Dlott
Sgt. Walter Sammons,                        :
                                            :
        Defendant(s),                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on January 11, 2018 (Doc. 28), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired January 25, 2018, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for summary judgment (Doc. 15) is DENIED.

Defendant's motion for summary judgment (Doc. 23) is GRANTED.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Court Order

adopting the Report and Recommendation will not be taken in good faith. *See McGore v.*

*Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court